# UNITED STATES DISTRICT COURT
## FOR THE Northern District of Illinois – CM/ECF NextGen 1.7.1.1
### Eastern Division

XYZ Corporation

Plaintiff,

v.

Case No.:
1:24−cv−01547
Honorable Andrea
R. Wood

The Individuals, Corporations, Limited Liability
Companies, Partnerships and Unincorporated
Associations Identified on Schedule A Hereto

Defendant.

## NOTIFICATION OF DOCKET ENTRY

This docket entry was made by the Clerk on Wednesday, March 6, 2024:

MINUTE entry before the Honorable Andrea R. Wood: Telephonic motion hearing held on 3/6/2024. For the reasons stated on the record, Plaintiff's motion for leave to file under seal [7] and [11] are granted. Plaintiff's motion to exceed page limitation in their memorandum in support of Plaintiff's motion for entry of a temporary restraining order [9], and ex parte motion for entry of a temporary restraining order, including a temporary injunction, a temporary asset restraint, expedited discovery, and service of process by e−mail and/or electronic publication [10] are entered and continued. By 3/20/2024, Plaintiff shall make the following requested submissions: (1) a supplemental brief that supports the basis for joinder given both the number of Defendants and the number of copyrights in this matter; (2) the images of the 43 copyrighted images; and (3) a reformatted Exhibit 7 to the Declaration of Nihat Deniz Bayramoglu [8−5]. Telephonic status hearing set for 4/2/2024 at 10:00 AM. To ensure public access to court proceedings, members of the public and media may call in to listen to telephonic hearings. The call−in number is (888) 557−8511 and the access code is 3547847. Counsel of record will receive an email 30 minutes prior to the start of the telephonic hearing with instructions to join the call. Persons granted remote access to proceedings are reminded of the general prohibition against photographing, recording, and rebroadcasting of court proceedings. Violation of these prohibitions may result in sanctions, including removal of court−issued media credentials, restricted entry to future hearings, denial of entry to future hearings, or any other sanctions deemed necessary by the Court. Mailed notice (lma, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and

criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at *www.ilnd.uscourts.gov*.