IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| HONG KONG LEYUZHEN TECHNOLOGY CO. LIMITED,<br><br>Plaintiff,<br><br>v.<br><br>THE INDIVIDUALS, CORPORATIONS, LIMITED LIABILITY COMPANIES, PARTNERSHIPS AND UNINCORPORATED ASSOCIATIONS IDENTIFIED IN SCHEDULE "A" HERETO,<br><br>Defendants. | **Case No. 1:24-cv-01547-ARW-JC**<br><br><br>**Honorable Judge Andrea R. Wood**<br><br>**Magistrate Jeffrey Cole** |

**PLAINTIFF'S NOTICE OF VOLUNTARY DISMISSAL ONLY AS TO DEFENDANTS NUMBER 12, 37, 78, 185, 186, 197, 199, 200, 202 and 205 WITH PREJUDICE**

TO THE COURT AND ALL INTERESTED PARTIES:

PLEASE TAKE NOTICE that, pursuant to Fed. R. Civ. P. 41(a)(1)(A)(i), Plaintiff Hong Kong Leyuzhen Technology Co. Limited, voluntarily dismisses *only* Defendants; number 12 didbest_3, number 37 jourdeng81, number 78 termsbonn4, number 185 dafanch_46, number 186 Easisim Official Online, number 189 haiwendey, number 197 Panfaster, number 199 Scktoo, number 200 scktoo_Baby, number 202 showma_46 and number 205 tarzan-4 as listed on Schedule "A" to the Complaint with prejudice.

1

NOTICE OF VOLUNTARY DISMISSAL ONLY　　　CASE NO. 1:24-cv-01547-ARW-JC
AS TO CERTAIN DEFENDANTS

DATED: September 15, 2024        Respectfully submitted,

By: <u>*/s/ Shawn A. Mangano*</u>
Shawn A. Mangano (Bar No. 6299408)
**BAYRAMOGLU LAW OFFICES LLC**
1540 West Warm Springs Road Ste. 100
Henderson, NV 89014
Tel: (702) 462-5973 Fax: (702) 553-3404
shawnmangano@bayramoglu-legal.com
*Attorney for Plaintiff*

CERTIFICATE OF SERVICE

I hereby certify that on the 15th day of September 2024, I electronically filed the foregoing document with the clerk of the court for the U.S. District Court, Northern District of Illinois, Eastern Division, using the electronic case filing system. The electronic case filing system sent a "Notice of Electronic Filing" to the attorneys of record who have consented in writing to accept this Notice as service of this document by electronic means. Notice of this filing is provided to unrepresented parties for whom contact information has been provided via email and by posting the filing on a URL contained on our website http://blointernetenforcement.com, and distributed to ecommerce platform, eBay.

By: */s/ Shawn A. Mangano*
Shawn A. Mangano (Bar No. 6299408)
**BAYRAMOGLU LAW OFFICES LLC**
1540 West Warm Springs Road Ste. 100
Henderson, NV 89014
Tel: (702) 462-5973 Fax: (702) 553-3404
shawnmangano@bayramoglu-legal.com
*Attorneys for Plaintiff*

NOTICE OF VOLUNTARY DISMISSAL ONLY        CASE NO. 1:24-cv-01547-ARW-JC
AS TO CERTAIN DEFENDANTS