IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| HONG KONG LEYUZHEN TECHNOLOGY CO. LIMITED,<br><br>Plaintiff,<br>v.<br><br>THE INDIVIDUALS, CORPORATIONS, LIMITED LIABILITY COMPANIES, PARTNERSHIPS AND UNINCORPORATED ASSOCIATIONS IDENTIFIED IN SCHEDULE "A" HERETO,<br><br>Defendants. | Case No. 1:24-cv-01547-ARW-JC<br><br><br>Honorable Judge Andrea R. Wood<br><br>Magistrate Jeffrey Cole |

## STATUS REPORT

Plaintiff Hong Kong Leyuzhen Technology Co. Ltd. ("Plaintiff"), hereby submits the following status report with an update on the remaining appearing Defendants:

On November 11, 2024, certain Defendants represented by attorney Christopher Keleher (the "Keleher Defendants") filed a Motion to Dismiss, [Dkt No. 54]. At the time of the filing or shortly thereafter and pursuant to the Honorable Wood's chamber rules, counsel for Plaintiff expected Mr. Keleher to contact the courtroom deputy to set a briefing schedule but he did not. During this time, Plaintiff and the Keleher Defendants were in settlement negotiations and Plaintiff has since accepted Defendants' offer. Plaintiff is awaiting the Keleher Defendants confirmation and anticipates filing a Notice of Dismissal by December 31, 2024, or upon the settlement agreement execution and consummation.

Specifically, the remaining Keleher Defendants whom settlement has been accepted are outlined in the chart below:

| No. | Seller's Name |
|---|---|
| 7 | boxue_68 |
| 10 | cnstore88 |
| 16 | dumin-88 |
| 19 | fantastic good shop |
| 20 | Fashionclothing88 |
| 26 | fuh_11 |
| 27 | fuh-40 |
| 30 | guiq45 |
| 31 | hequ6-13 |
| 36 | jiaozhu_0 |
| 40 | kelu_4663 |
| 44 | Large discount Shop |
| 46 | liming_438 |
| 50 | luoshu-6296 |
| 52 | maisonvetement |
| 53 | maiyata-23 |
| 55 | mengd_27 |
| 57 | money fighting |
| 58 | moshang_11 |
| 59 | muguan-1383View profile |
| 60 | nangua233 |
| 69 | richer-w-29 |
| 73 | sho3988 |
| 84 | yaduan-98 |
| 85 | yuxiao_8095 |
| 88 | yuxin-77 |
| 89 | zhawa_73 |
| 173 | jiny_4924 |

As to the Non-Appearing Defendants, there are one hundred and thirteen (113) Defendants who failed to respond to the complaint (due on September 3, 2024). As such, Plaintiff intends to move for entry of default before or by December 31, 2024.

DATED: December 6, 2024        Respectfully submitted,

By: /s/ Shawn A. Mangano
Shawn A. Mangano (Bar No. 6299408)
**BAYRAMOGLU LAW OFFICES LLC**
1540 West Warm Springs Road Ste. 100
Henderson, NV 89014
Tel: (702) 462-5973  Fax: (702) 553-3404
shawnmangano@bayramoglu-legal.com
*Attorney for Plaintiff*

## CERTIFICATE OF SERVICE

I hereby certify that on the 6th day of December 2024, I electronically filed the foregoing document with the clerk of the court for the U.S. District Court, Northern District of Illinois, Eastern Division, using the electronic case filing system of the court. The electronic case filing system sent a "Notice of Electronic Filing" to the attorneys of record who have consented in writing to accept this Notice as service of this document by electronic means.

By: */s/ Shawn A. Mangano*
Shawn A. Mangano (Bar No. 6299408)
**BAYRAMOGLU LAW OFFICES LLC**
1540 West Warm Springs Road Ste. 100
Henderson, NV 89014
Tel: (702) 462-5973  Fax: (702) 553-3404
shawnmangano@bayramoglu-legal.com

*Attorney for Plaintiff*